# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of July, two thousand twenty-three.

Before:     Reena Raggi,
                Richard C. Wesley,
                Steven J. Menashi,
                     *Circuit Judges,*

_____

Mark Garnes,

        Plaintiff - Appellant,

v.

ABM Janitorial Services, Inc.,

        Defendant - Appellee.

_____

**ORDER**

Docket No. 22-1664

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/24/2023

Appellant, pro se, requests that the Court recall the mandate and accept his late-filed motion for reconsideration.

IT IS HEREBY ORDERED that the motion to recall the mandate and accept the late motion for reconsideration is GRANTED. The motion for reconsideration will be determined in the normal course.

                                             For the Court:

                                             Catherine O'Hagan Wolfe,
                                             Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 07/24/2023